```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD JOHN PALLIES             :    CIVIL ACTION
                                :
          v.                    :
                                :
LENAPE VALLEY FOUNDATION,       :    NO. 25-735
et al.                          :
```

ORDER

AND NOW, this 31st day of March, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the partial motion of defendants to dismiss Counts I, III, and IV of plaintiff's first amended complaint is DENIED without prejudice.

BY THE COURT:

/s/  Harvey Bartle III
                     J.