IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD JOHN PALLIES              :          CIVIL ACTION
                                 :
          v.                     :
                                 :
LENAPE VALLEY FOUNDATION,        :          25-735
et al.                           :

ORDER

AND NOW  13th day of April 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants Lenape Valley Foundation, Sharon Curran, and Traci Gorman-Donnon for summary judgment (Doc. #48) is DENIED with respect to the claim of plaintiff Edward John Pallies under the Pennsylvania Whistleblower Law that his termination was a result of his reports of violations of Lenape Valley Foundation's Standards of Conduct; and

(2)  the motion of defendants Lenape Valley Foundation, Sharon Curran, and Traci Gorman-Donnon against plaintiff Edward John Pallies for summary judgment is otherwise GRANTED.

BY THE COURT:


/s/  Harvey Bartle
                                        J.